McGREGOR W. SCOTT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00035-LJO-SKO |
|---|---|
| Plaintiff, | |
| v. | VIOLATIONS: 18 U.S.C. § 111 (a)(1), (b): Assault (Three Counts) |
| JONATHAN MOTA<br>ERIC CHIAGO<br>WILLIAM ACEVEDO<br>DOMINIC ADAMS<br>MICHAEL MARTIN<br>JOEY THOMAS, | |
| Defendants. | |

I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 111(a)(1), (b): Assault]

The Grand Jury charges: T H A T

JONATHAN MOTA
ERIC CHIAGO
WILLIAM ACEVEDO
DOMINIC ADAMS
MICHAEL MARTIN
JOEY THOMAS,

Defendants herein, on or about October 6, 2017, in Merced County, State and Eastern District of California, at a place within the special maritime and territorial jurisdiction of the United States, United States Penitentiary, Atwater, California, knowingly did forcibly assault, impede, intimidate, and

interfere with K., an employee of the United States Penitentiary, Atwater, and did cause bodily injury to K., as he was engaged in and on account of the performance of his official duties, all in violation of 18 U.S.C. § 111 (a)(1), (b).

With respect to defendants JONATHAN MOTA and ERIC CHIAGO, it is further alleged that in the commission of the acts described above, each used a deadly or dangerous weapon.

COUNT TWO: [18 U.S.C. § 111 (a)(1), (b): Assault]

    The Grand Jury further charges: T H A T

                  DOMINIC ADAMS
                  JOEY THOMAS,

Defendants herein, on or about October 6, 2017, in Merced County, State and Eastern District of California, at a place within the special maritime and territorial jurisdiction of the United States, United States Penitentiary, Atwater, California, knowingly did forcibly assault, impede, intimidate, and interfere with B., an employee of the United States Penitentiary, Atwater, and did cause bodily injury to B., as he was engaged in and on account of the performance of his official duties, all in violation of 18 U.S.C. § 111 (a)(1), (b).

COUNT THREE: [18 U.S.C. § 111 (a)(1), (b): Assault]

    The Grand Jury further charges: T H A T

                  DOMINIC ADAMS,

Defendants herein, on or about October 6, 2017, in Merced County, State and Eastern District of California, at a place within the special maritime and territorial jurisdiction of the United States, United States Penitentiary, Atwater, California, knowingly did forcibly assault, impede, intimidate, and interfere with N., an employee of the United States Penitentiary, Atwater, and did cause bodily injury to N., as he was engaged in and on account of the performance of his official duties, all in violation of 18 U.S.C. § 111 (a)(1), (b).

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

McGREGOR W. SCOTT
United States Attorney

**KIRK E. SHERRIFF**

KIRK E. SHERRIFF
Assistant United States Attorney
Chief, Fresno Office

INDICTMENT 3