RECEIVED
APR 12 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

FILED
APR 12 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Jonathan Mota
Pro Se
Cerdo Pretrial Facility 17695 Industrial Farm Rd., Bakersfield, CA 93308

March 30, 2018

U.S. District Court Clerk of Honorable Lawrance J. O'Neill
2500 Tulare St.
Fresno, CA 93721

RE: United States v. Jonathan Mota, et al
Case No: 1:18-CR-00035-LJO

Dear U.S. District Court Clerk of Honorable Lawrance J. O'Neill:

I was informed by a Sheriff's representative to write to the court to provide my address. I apologize for the delay in sending it, however, I just received the court's address today.

If there is anything at all that you need of me, please do not hesitate to write and let me know.

Sincerely,

Jonathan Mota
Pro Se Defendant

My Address:
Jonathan Mota #2207166
Cerdo Pretrial Facility
17695 Industrial Farm Rd.
Bakersfield, CA 93308