# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>JONATHAN MOTA,<br><br>        Defendant. | 1:18-cr-00035-LJO-SKO-1<br><br>**ORDER ON APPLICATION BY PRO SE DEFENDANT MOTA FOR STANDBY COUNSEL (ECF No. 51)** |

The Court has received and reviewed the Defendant's "Application for Order Appointing Standby Counsel." (ECF No. 51.) Both on the record in open court on July 9, 2018 and in the moving papers, Defendant Mota makes it clear that he does not want counsel appointed to represent him, but rather wants counsel to stand by to ensure the Defendant's access to law books, witnesses "or other tools to prepare a defense."

This is not a complex case, either factually or legally. Six inmates have been charged with Assault with a Deadly Weapon on a Correctional employee at the Atwater United States Penitentiary pursuant to 18 USC § 111(a)(1) and (b). In open court on July 9, 2018, the Defendant requested he have access to the prison library where he is being held pending trial, and the Court granted that request. The Court has notified the prison officials of that right and this Court's order.

In addition, in open court on July 9, 2018, the Defendant requested that he be sent all discovery. The AUSA, Vincenza Raben, agreed on the record to provide the discovery this week and offered to send an agent to assure Defendant would have access to the videos (short in duration).

1

1 | The Defendant has represented himself in his own murder trial in the San Francisco courts, according to his statement in court on July 9, 2018. He could not be dissuaded from self-representation.

The other five defendants all have counsel. The Defendant has given no indication of being disruptive or disrespectful to any degree whatsoever.

The Court has responded to Defendant's concerns about reasonable access to resources to enable him to represent himself in this factually-based scenario at trial.

The request for standby counsel is DENIED.

IT IS SO ORDERED.

Dated: **July 9, 2018**                **/s/ Lawrence J. O'Neill**
                                        UNITED STATES CHIEF DISTRICT JUDGE