IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:18-CR-00035-001 LJO |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JONATHAN MOTA | |
| Defendant. | |

Defendant Jonathan Moto has confirmed that he wishes to represent himself *in propria persona*. Therefore, it is hereby ORDERED that:

1. A copy of this order shall be served on the Lerdo Pre-Trial Facility.

2. The defendant shall be granted law library access at the Facility in preparation for trial.

4. Jury trial is CONFIRMED for October 2, 2018 at 8:30 a.m.

IT IS SO ORDERED.

Dated: **July 10, 2018**      **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE