# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 1:18-cr-00035-1-LJO |
| Plaintiff, | **ORDER ON EX PARTE APPLICATION FOR THE APPOINTMENT OF AN INVESTIGATOR** |
| v. | |
| **JONATHAN MOTA,** | |
| **Defendants.** | (Doc. 55) |

The Court has received and reviewed the Defendant's ex parte application for investigator services. Doc. 55. The Court DENIES the motion without prejudice.

The application and declarations in support lack any detail at all that may justify the application. The Court needs to know what SPECIFIC services are being requested, which witnesses the defendant wishes to be interviewed, why the defendant believes the witnesses have relevant information to elicit, for what reason the witnesses need to be interviewed, how many hours are anticipated, who the investigator is that is being requested, and how much per hour is being sought.

IT IS SO ORDERED.

    Dated: **July 27, 2018**                        /s/ Lawrence J. O'Neill
                                                      UNITED STATES CHIEF DISTRICT JUDGE