# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 1:18-cr-00035-LJO-SKO-1 |
| Plaintiff, | **ORDER ON EX PARTE MOTION FOR PHONE CALLS** |
| v. | |
| **JONATHAN MOTA,** | |
| Defendant. | |

The Court has received and reviewed Defendant's pro se and ex parte motion for phone calls. As a preliminary matter, the motions are ORDERED to be filed under seal to protect the requests from divulging, in any way, trial strategy.

As to the substance of the motion, Defendant has explained his need to make phone calls to retain an investigator. What he has not explained is the need or justification for the <u>number</u> of calls he has requested (i.e. six long distance and seven local calls per day). Accordingly, the individuals in command of Defendant's holding facility are ORDERED to provide Defendant with three phone calls per day for three consecutive days. Said calls are to occur during the Monday-Friday time-period (i.e. on business days), and may be local or long distance. Long distance calls shall not extend beyond California. Each call may not last longer than 15 minutes.

IT IS SO ORDERED.

Dated: **September 4, 2018**      **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE

1