IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:18-CR-00035-001 LJO |
| Plaintiff, | ORDER ASSIGNING DEFENDANT PRO PER STATUS |
| v. | |
| JONATHAN MOTA | |
| Defendant. | |

Defendant Jonathan Mota has requested to be relieved of appointed counsel and to represent himself in propria persona. The court has granted that request. Therefore it is hereby ORDERED that:

1. The Clerk of the Court shall enter a substitution of attorney reflecting appointment as attorney of record effective April 2, 2019:

      JONATHAN MOTA

      JID # 7095835

      BKN # 1919636

      Fresno County Jail

      P.O. Box 872

      Fresno, CA 93721

2. A copy of this order shall be served on Fresno County Jail.

///

3. The defendant shall be granted law library access at the Fresno County Jail in preparation for trial.

4. Jury trial commenced on April 29, 201919 at 8:30am.

IT IS SO ORDERED.

Dated: __**May 1, 2019**__                    _____/s/ Lawrence J. O'Neill_____
                                        UNITED STATES CHIEF DISTRICT JUDGE