IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:18-CR-00035-001 LJO |
|---|---|
| Plaintiff, | |
| v. | AMENDED ORDER ASSIGNING DEFENDANT PRO SE STATUS |
| JONATHAN MOTA | |
| Defendant. | |

Defendant Jonathan Mota has requested to be relieved of appointed counsel and to represent himself in propria persona. The court has granted that request. Therefore it is hereby ORDERED that:

1. The Clerk of the Court shall enter a substitution of attorney reflecting appointment as attorney of record effective April 30, 2019:

> JONATHAN MOTA
>
> LERDO PRE-TRIAL FACILITY
>
> 17695 INDUSTRIAL FARM ROAD
>
> BAKERSFIELD, CA 93308

2. A copy of this order shall be served on Kern County Jail.

3. The defendant shall be granted law library access at the Kern County Jail in preparation for sentencing.

*///*

4. Sentencing is CONFIRMED for July 29, 2019 at 10:00am.

IT IS SO ORDERED.

Dated: __**May 8, 2019**__  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE